IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01086-GPG

CHRISTOPHER HAINES,

     Plaintiff,

v.

THE GEO GROUP, INC.,
AURORA DETENTION CENTER,
JEFFERY PETERSON (doctor)
SCOTT VINEYARD (H.S.A.), and
AURORA DETENTION CENTER KITCHEN,

     Defendants.

_____

**ORDER GRANTING ATTORNEY GORDON L. VAUGHAN'S MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANT JEFFREY PETERSON**

_____

     THE COURT, having reviewed attorney Gordon L. Vaughan's Motion to Withdraw as Counsel for Defendant Jeffrey Peterson, having reviewed the file, and seeing good cause for same,

     DOES HEREBY ORDER that the motion is GRANTED. Gordon L. Vaughan is removed as counsel of record for Defendant Peterson and will remain counsel of record for Defendants the GEO Group, Inc.; Aurora Detention Center; Scott Vineyard (H.S.A.); and Aurora Detention Center Kitchen.

     Done this _____ day of _____, 2017.

                   BY THE COURT:

                   _____