IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01086-WJM-STV

CHRISTOPHER HAINES,

Plaintiff,

v.

THE GEO GROUP, INC.,
AURORA DETENTION CENTER,
JEFFERY PETERSON (doctor)
SCOTT VINEYARD (H.S.A.), and
AURORA DETENTION CENTER KITCHEN,

Defendants.

_____

**PROPOSED ORDER GRANTING JOINT MOTION TO RE-SET SCHEDULING CONFERENCE OR IN ALTERNATIVE CONVERT TO TELEPHONIC STATUS CONFERENCE**
_____

THE COURT, having reviewed Defendants' Joint Motion to Re-Set Scheduling Conference or in Alternative Convert to Telephonic Status Conference, having reviewed the file, and being fully advised,

DOES HEREBY ORDER that the Motion is GRANTED and the Scheduling Conference currently set for September 19, 2017, is VACATED, to be re-set for a later date.

Done this ___ day of _____, 2017.

BY THE COURT:


_____