# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:17-cv-01086- WJM-STV

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 1 3 2017**

JEFFREY P. COLWELL
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG ⁷7 2017

JEFFREY P. COLWELL
CLERK

CHRISTOPHER HAINES,
    PLAINTIFF,

v .

THE GEO GROUP, INC.,
AURORA DETENTION CENTER,
JEFFERY PETERSON (DOCTOR),
SCOTT VINEYARD (H.S.A.),
AURORA DETENTION CENTER KITCHEN,
    DEFENDANT(S).

---

## AMENDED PRISONER COMPLAINT

---

    COMES NOW, CHRISTOPHER HAINES, Plaintiff, acting Pro se, does hereby ask this Honorable Court accept this AMENDED PRISONERS COMPLAINT on the grounds that follow:

    Plaintiff states that on September 19, 2017 this Honorable Court granted the motion to amend with the stipulation that Plaintiff amends the Prisoner Complaint and all amendments into one document.

    Plaintiff is now filing the document of the Amended Prisoners Complaint.

    Respectfully submitted this 10th day of October, 2017.

Christopher Haines
Pro se Plaintiff

## A. PARTIES

1. CHRISTOPHER HAINES, A17878141,                Aurora Detention Center,
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   3130 North Oakland Street,        Aurora Colorado 80010

2. THE GEO GROUP, INC.
   (Name, title, and address of first defendant)
   621 NW 53rd Street, Number 700,        Boca Raton, Florida 33487

   At the time the claim(s) alleged in this complaint arose, was this defendant acting
   under color of state or federal law? ☒Yes ☐No (CHECK ONE).  Briefly explain:

   Holding Plaintiff under Immigration and Customs Enforcement Deportation proceedings

3. AURORA DETENTION CENTER
   (Name, title, and address of second defendant)
   3130 North Oakland Street,        Aurora, Colorado, 80010

   At the time the claim(s) alleged in this complaint arose, was this defendant acting
   under color of state or federal law? ☒Yes ☐No (CHECK ONE).  Briefly explain:

   Holding Plaintiff under Immigration and Customs Enforcement Deportation proceedings

4. JEFFERY PETERSON (DOCTOR),  Aurora Detention Center
   (Name, title, and address of third defendant)
   3130 North Oakland Street,        Aurora, Colorado, 80010

   At the time the claim(s) alleged in this complaint arose, was this defendant acting
   under color of state or federal law? ☒Yes ☐No (CHECK ONE).  Briefly explain:

   Holding Plaintiff under Immigration and Customs Enforcement Deportation proceedings

(If you are suing more than three defendants, use extra paper to provide the information requested above for each
additional defendant.  The additional pages regarding defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                        2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

   ☐ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ☒ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   Civil Rights Violation Protected under the First Amendment of the United States Constitution for denial of religious freedom to practice the Jewish Faith of only eating Kosher Food and the witholding of that kosher food.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature ofthe case, use extra paper to complete this section.  The additional pages regarding the natureof the case should be labeled "C. NATURE OF THE CASE."

Claim One: Plaintiff states that the GEO Group, Inc., Aurora Detention Center, Jeffrey Peterson, Scott Vinyard, Aurora Detention Center Kitchen violated the First Amendment Right, Freedom of Religion, Plaintiff had been receiving the Kosher Diet for 5 days, Plaintiff was removed from the Kosher Meals, Jeffery Peterson (Facility Doctor) stating that Plaintiff must have a non-kosher medical diet instead of a kosher medical diet. Plaintiff was forced to not eat and thus created pain and suffering, including an ongoing stomach issue, which now has effected Plaintiff to eat approximately every three hours or end up with severe pain and burning sensation at the top of his stomach, a condition directly related to the failure to provide Kosher Food/Meals to Plaintiff, thus creating a physical injuries, and emotional injuries. Civil Rights Damages are being sought in the amount or $117,500.00 (One Hundred Seventeen Thousand Dollars) for Claim One.

Claim Two: Plaintiff was approved for the Passover Holiday but was only given 46 - Matzo Crackers, 3 – 64oz Bottles of Grape Juice, and 3 – cans of Macaroons totaling 60 macaroons, no other meats, cheeses, fruits or vegetables were that are required by religious faith for this Biblically Mandated Holiday were given, but instead refused by the Aurora Detention Center Kitchen Manager John McGah.

Claim Three: The large amount of kosher meals that were lacking all the kosher food items stated to be provided by the GEO Menu, and substitutions were inadequate or missing.

Claim Four: Plaintiff is seeking Civil rights Damages against The GEO Group, Inc., Aurora Detention Center, Aurora Detention Center Kitchen, for the physical and emotional pain and suffering created knowingly and unnecessarily in Claim Two and Claim Three.

(Rev. 1/30/07)                                  3

# D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One:  Plaintiff is Orthodox Jewish and was denied all kosher food for 65 hours after being approved for a kosher diet. Kosher Meals were served to Plaintiff for 5 days then stopped without warning or any substaintial reason

Supporting Facts:

On Wednesday February 22, 2017 at approximately 5:30 am Plaintiff was informed that his Kosher Diet was terminated by Doctor Jeffery Peterson, Aurora Detention Center, of The GEO Group, Inc.. The termination put Plaintiff on a Non-Kosher Medical Diet Order, this was based upon Jeffery Peterson refusal to recognize Plaintiff is Jewish and will only eat kosher food, Jeffery Peterson decided that Plaintiff should have this specific non-kosher medical diet, Note Fremont Correctional facility never placed Plaintiff on a Medical Diet for any issues, other than low blood sugars and provided a medical snack with his Kosher Meal, Jeffery Peterson had never personally talked to Plaintiff or examined him. Nothing states in any Medical File about Plaintiff that the Kosher Meal will harm him or is a security issue.

After complaint to the Floor Officer, at Aurora Detention Center, Plaintiff was given a copy of the Medical Order with note attached stating "you are on a DFH Diet". Then was presented with a partial kosher Meal to try to correct this situation which Plaintiff was unable to eat due to contamination of being mixed with kosher items and non-kosher items.

When Lunch Time Came Plaintiff was again refused a Kosher Meal, Plaintiff again protested and stated that "My Religious Beliefs and a Promise to G-d, and I am required to eat Kosher Food", Plaintiff also stated "I am Orthodox Jewish" Plaintiff showed the Religious Diet Form that proved that Plaintiff was on a Kosher Meal, Dated February 16, 2017, Two (2) days after Plaintiff arrived, and that his background was verified by Kevin Martin Programs Manager as follows;

> "Detainee is an Orthodox Jew and requesting Kosher to abide by religious Requirements. Status verified through Fremont"

Then Plaintiff was informed that "The Doctor supersedes your religious meals at this facility", "The GEO Group policy states that medical can override the Kosher Meal". Plaintiff informed staff that the religious agreement/contract for the diet never stated that Doctor Jeffery Peterson can terminate his diet, as well as stating that this was a violation of the Federal Constitutional Rights and Laws of Religious Requirements, and the fact that Medical Diets are to

work with religious meals and showed them meal tickets from Fremont Correcdional Facility, Colorado Department of Corrections. This showed that Kosher Food is given without any issues medical or not.

After speaking with Lt. Knight of The GEO Group, Inc., Aurora Detention Center. He stated that he had spoken to medical and that the Doctor is looking into it. Plaintiff again stated laws on religious diets and stated that Plaintiff was not eating any non-kosher food, and that plaintiff had not eaten since the night before. He was shown the breakfast diet and explained why it could not be consumed. He stated we were working on it. Still no Kosher Meal was given.

Kevin Martin Programs Manager arrived at approximately 11:49 am to come to talk to the Plaintiff. This was the same person, who verified that the Plaintiff was Orthodox Jewish and this was a religious diet approved on the 16th day of February, 2017. This form/contract specifically states that if Plaintiff was "observed consuming mainline food or violating other program requirements" Plaintiff would be terminated from the Kosher Participation. This approved all meals to be Kosher, medical diet or not, the approval form/contract was in place and was never terminated. (Note: Plaintiff was the Diet Cook for Fremont and strongly asserts that all medical diet requests will conform with Kosher Requirements, this is the way all Prison System and Governments provide Kosher Medical Diets to comply within the First Amendment Rights).

Plaintiff was receiving his Kosher meals from Breakfast on the 17th day of February through Dinner of the 21st day of February, 2017. Plaintiff arrived at the Aurora Detention Center on the 14th of February, 2017 at approximately 2:50 pm, notified the officers that he was Jewish and required Kosher Food. They stated that Plaintiff will not be given any Kosher Food until he was approved by the Programs Manager, Kevin Martin. There were caring officers which provided Plaintiff with Kosher Milk and Small Packages of Kosher Cookies, along with fresh fruit to assist Plaintiff until approved. That approval was on the 16th day of February, 2017.

At approximately 12:49 pm, the Programs Manager stated that he had spoken to the Doctor, Defendant Jeffery Peterson, and Jeffery Peterson was going to review the situation. Aurora Detention Center Kite, date filed on 2-22-17 and responded to 2-22-17. This Kite shows clearly the laws and legal aspects of Kosher Meals, but Kosher Food was withheld and not given at all, under the Order of Doctor Jeffery Peterson, stating that he supersedes Religious Beliefs. Doctor Jeffery Peterson never stated that the Kosher Food was a security issue, medical emergency, that Plaintiff was going to have serious medical needs if consumed, or any other fact to support this gross violation of the First Amendment Right and purposely withheld food, making Plaintiff starve.

The Programs manager, Kevin Martin, stated again that the Medical Doctor was above any religious requirements and that it is the policy set in place by The GEO Group, Inc. that the Medical department can supersede any religious diet. See page 13 of the GEO Group, Inc. hand book, Aurora Detention Center states;

"The Chaplain or his designee may remove a detainee from the diet at the
Request of the detainee or at the request of the medical department due to

a medical reason consistent with maintaining safety or security operational procedures."

Here it clearly states that the medical department can remove a detainee, Plaintiff, off of a religious diet if it is due to a medical reason consistent with maintaining the safety or security operational procedures, this was never stated or claimed by the Medical Doctor Jeffery Peterson, or Programs Manager Kevin Martin, or even the H.S.A. Scott Vineyard. There was nothing that was disclosed that this was a security issue, medical emergency, or anything that complied with the procedure. Which itself is in Violation of the First Amendment. The Diet Form sent to the kitchen clearly shows a simple form of a request for medical diet. Nothing that complies with the handbook statement. Plaintiff again stated that Plaintiff was now getting very hungry and that Plaintiff has not eaten, and Plaintiff will not eat any non-kosher food, reinstate the Kosher Meals. Plaintiff was then told that he (Programs Manager Kevin Martin) was working on it and he will get back to Plaintiff. Plaintiff later found out that Programs Manager Kevin Martin left the Aurora Detention Center shortly after talking to Plaintiff, and left without resolving the issue, and the · · · · Programs Manager Kevin Martin was not due back to the facility until the following Monday.

When Dinner arrived at approximately 4:48 pm, Plaintiff again had no Kosher Meal. Plaintiff again asked for the Highest Ranking person at the Aurora Detention Center, again Lt. Knight arrived and pulled Plaintiff out of the Pod (B-1). Lt. Knight had made several phone calls to find out the situation and then informed Plaintiff of the results. (Note: Lt. Knight was extremely respectful and helpful as his authority would allow). Lt. Knight then stated to Plaintiff that he had gotten off the phone with Doctor Jeffery Peterson, at the Aurora Detention Center, and Doctor Jeffery Peterson relayed to Lt. Knight to inform Plaintiff that he was not going to remove the medical Diet and that "I need to eat the diet that he has ordered and that on Monday there will be a meeting with me, him and the Programs Manager to discuss this meal situation." Lt. Knight then stated that he was also informed by Jeffery Peterson that "the Programs Manager, Kevin Martin, never should have allowed the Kosher Meal to be approved without going through him". All this was still without any examination of Plaintiff, and knowing full well that Plaintiff was not eating, still wanted to wait another 5 days before having any meeting, and knowingly tried to ensure that Plaintiff would not be allowed any Kosher Meals, was ordering the Kitchen to only send the DFH diet with non-kosher food that would defile Plaintiff. See Ward v Walsh, 1 F.3d 873, 878 (9th Cir. 1993). " As the Ninth Circuit has usefully observed, there is a distinction between a religious practice which is a positive expression of belief and a religious commandment which the believer may not violate at peril of his soul. It is one thing to curtail various ways of expressing belief, for which alternative ways of expressing belief may be found. It is another thing to require a believer to defile himself, according to the believer's conscience, by doing something that is completely forbidden by the believer's religion."

After Plaintiff was informed of this information, Plaintiff stated "this is Bull Shit, and that the laws state that I am to be allowed Kosher Meals, since I was given them for 5 days prior, and that the Constitution of the United States ensures that I will be allowed the Kosher Meals as I was approved for. This Doctor and this facility can not do this." Plaintiff then stated that he was hungry and the hunger pains were getting strong since Plaintiff had not eaten. Plaintiff then stated "that withholding Kosher Food is some sort of sick punishment for being Jewish?" This has

been a full 24 hours since Plaintiff had any Kosher Food. Doctor Jeffery Peterson was not concerned about anything but making sure that Plaintiff ate the diet he stated Plaintiff must eat, and again wanted to ensure that Plaintiff waited another 5 days.

Plaintiff's blood sugar levels were now dropping and at approximately 3:35 pm, the medical department had checked Plaintiff's blood sugars and the level was at 69. Doctor Jeffery Peterson was consulted at approximately 5:05pm, after this low blood sugar reading was taken.

Plaintiff was also informed that again Doctor Jeffery Peterson stated his diet supersedes kosher or religious preference, that it was only a privilege to have a Kosher Diet and not a right. Plaintiff informed Lt. Knight that the laws were being violated and Plaintiff will be filing a lawsuit. Lt. Knight then stated he will not be around for a few days, his days off. Then Lt. Knight obtained Grievances for Plaintiff to fill out to assist Plaintiff in this matter. That night Plaintiff was then moved to a higher classification from Medium Low to Medium High at 11:00 to (A-3). Plaintiff was told it was a mistake and it was being corrected.

February 23, 2017. At approximately 5:10 am, Breakfast arrived and Plaintiff was again refused a Kosher Meal, stating that the DFH Diet was the only meal that Plaintiff was allowed per Doctor Jeffery Peterson. Plaintiff then drank some sugar water to try to keep the blood sugar levels from going to low and avoid any collapse. Plaintiff had not eaten now for 36 hours and the stomach pains were strong and they had doubled Plaintiff over a few times. This was emotionally draining for Plaintiff and he had to uphold his promise to G-d that he would only eat Kosher Meals and nothing else so that he would no defile himself and break that promise to G-d.

At approximately 10:40 am. The Aurora Detention Center's Major Davis and Assistant Warden Ceja arrived to inspect the Pod, Plaintiff asked Major Davis if he had a minute, he pleasantly said "Yes", "What can I do for you?", Plaintiff asked Major Davis if he knew the laws on Religious Rights for Kosher Food in prisons and Detention Centers, he replied "you must be Mr. Haines", "I saw your grievances and we are working on the situation". Assistant Warden Ceja joined us and Major Davis informed her on what was going on and who Plaintiff was. Assistant Warden Ceja stated that "She didn't know why this was happening and she was in contact with Health Services, Scott Vineyard H.S.A., and trying to resolve the situation."

Plaintiff stated to both of them "This is Anti-Semitic and a violation of the laws and constitutional rights of Plaintiff, and that Plaintiff is going to file a lawsuit over this action." Assistant Warden Ceja assured Plaintiff that all will be taken care of. Plaintiff also stated that Plaintiff had not eaten and was not going to eat any non-kosher food, and that Plaintiff had to purchase his own Kosher Food off of the canteen. Plaintiff stated this needs to be resolved quickly since it is forbidden to fast on the Sabbath starting on the coming Friday. Assistant Warden Ceja stated she was working on it as fast as they could. Again Plaintiff was told by Major Davis and Assistant Warden Ceja that it should be resolved quickly.

At approximately 3:35 pm Plaintiff went to medical for his normal blood sugar check, the amount was now at 54, this is a extremely low blood sugar level, Doctor Jeffery Peterson was notified and told that Plaintiff was not eating the non-kosher medical DFH diet. Doctor Jeffery

Peterson stated that Plaintiff must eat the DFH Diet and he is not going to change it. Plaintiff then was notified that Doctor Jeffery Peterson stated that this all would be discussed on the following Monday when the Programs Manager, Kevin Martin, would be back at the Center.

Dinner arrived at approximately 4:47 pm, again Plaintiff was denied a Kosher Meal, and was told that they are still working on it, Plaintiff stated at this time that the stomach pain was severe, but again was told that Plaintiff had to eat the non-kosher DFH Diet, it was Plaintiff's choice not to eat, so Plaintiff would have to go with nothing and just deal with the pain and suffering.

24th February, 2017 at approximately 3:58 am Plaintiff went to medical for the normal blood sugar check, this was at 57, another very low blood sugar level that was created by Jeffrey Peterson and The Aurora Detention Center Kitchen, for the refusal to supply kosher meals, or specifically a kosher medical DFH Diet that can be easily made. Medical staffs were concerned but could do nothing about it since Doctor Jeffery Peterson was the only one in control of medical diets.

Breakfast arrived at approximately 5:48 am, no kosher food or kosher medical diet was given. Plaintiff decided that he would wait for lunch to arrive and then if the Kosher Food was not there he would contact the British Consulate for emergency assistance, since the weekend was arriving and the Sabbath will be starting that evening. Plaintiff stated that he was having severe pain and a burning sensation at the bottom center of his ribcage.

At approximately 8:07 am canteen arrived and Plaintiff obtained a box of Kosher Saltine Crackers that he ate 1 full sleeve to try to stop the pain and suffering of being without food.

Lunch arrived at approximately 10:49 am. Plaintiff was given a Kosher Meal. This was the first kosher meal that the Aurora Detention Center supplied Plaintiff after 65 hours. Plaintiff was still dealing with severe burning pain at the top of his stomach, dizziness, and was in a slight bit of a daze.

At approximately 4:10 pm, Plaintiff went to medical for the normal blood sugar check and this one was at 74, more of a normal level, due to the fact of having kosher food supplied and eating ¾ box, (three sleeves) of saltine crackers. Plaintiff states that the kosher food could have been supplied all along if the Medical Doctor Jeffery Peterson would have ordered a Kosher DFH Medical Diet, but Doctor Jeffery Peterson refused to do so. While at the blood sugar check Doctor Jeffery Peterson as well as Scott Vineyard H.S.A. had told the medical staff to have Plaintiff sign a refusal of medical diet, Plaintiff signed the refusal only after adding that is was non-kosher food that he was refusing. Plaintiff asserts that the Doctor, Jeffery Peterson, could have easily had a Kosher DFH Medical Diet created and prepared, which Plaintiff would have gladly eaten. Plaintiff again states that he only refused non-kosher DFH Diet.

Plaintiff states that there is no valid reason that this matter could not be resolved on the first day, but the Doctor, Jeffrey Peterson, the Aurora Detention Center, GEO Group, Inc., and the Aurora Detention Center Kitchen decided that they could dictate how a person could practice

their religious beliefs, and that it doesn't matter what the Plaintiff said or proved.

Therefore, the Plaintiff is seeking additional damages outside of the Bivens Claim for the Civil Rights Violations under the First Amendment, Freedom of Religion and the right to pratice and fulfill the aspect and central tenets of the faith.

The Civil Monitary Damages against Doctor Jeffrey Peterson, Plaintiff is seeking $2,500.00 per kosher meal totaling $17,500.00 (Seventeen Thousand Five Hundred dollars) for the 7 meals that were withheld. An additional $100,000.00 (One Hundred Thousand Dollars) for the 3 days for violating the Civil Rights protected under the First Amendment of the United States Constitution, Freedom of Religion, pain and suffering, physical and emotional.

The Civil Monitary Damages agaist GEO Group, Inc., Aurora Detention Center, Aurora Detention Center Kitchen, and Scott Vinyard for the roll he played in withholding the kosher meals and the grievance response, Plaintiff is seeking $2,500.00 per kosher meal totaling $17,500.00 (Seventeen Thousand Five Hundred Dollars) for the 7 meals that were withheld. An additional $100,000.00 (One Hundred Thousand Dollars) for the 3 days for violating the Civil Rights protected under the First Amendment of the United States Constitution, Freedom of Religion, pain and suffering, physical and emotional.

Plaintiff stated that he was going to sue for this violation of his constitutional rights in the kite and notice on intent. The kite to the Warden shows that Plaintiff was going to sue for the $200,000.00 a day for this violation. Then the notice of intent that was written and placed in the Kite Box inside the Pod so that all parties were notified in writing the intent of the Plantiff to follow through and sue for damages.

Plaintiff states that this Claim One violation of the First Amendment Rights of the United States Constution was a combined action involving Jeffrey Peterson, The GEO Group, Inc., Aurora Detention Center, Scott Vinyard, and Aurora Detention Center Kitchen the continued denial of kosher food over the period of 3 days was not warranted, since there was never a emergency decared by the medical department that the Plaintiff was in danger of a life threatening action and that they had to interviene and force Plaintiff to eat non-kosher food items or a security issue in the Detention Center. Plaintiff states also that he will not eat non-kosher items, being kosher is part of who he is.

The fact that the Aurora Detention Center Kitchen also decided to stop the Kosher Diet, even though they had the Kosher Diet Approval, it clearly states that Plaintiff was Jewish and approved, and then to replace it with the DFH Diet without any authority to do so, since the medical request for the DFH Diet did not at any point state to cancel the Kosher Diet, then in doing so the Aurora Detention Center's kitchen decared that they had medical authoirty over the Plaintiff and that they were allowing the violation of the right to practice religion to be removed as well.

Plaintiff was examined by Doctor Jeffery Peterson on the 10th day of April, after looking over the blood work, he stated "I have no concerns and nothing I need to do" showing all along

that the Plaintiff was never in need of a DFH non-kosher diet.

### RESPONSE TO GRIEVANCE AND FALSE STATEMENTS
### BY DEFENDANT SCOTT VINEYARD H.S.A.

Scott Vineyard H.S.A. was in contact with Assistant Warden Ceja on the morning of the 23rd of February, 2017, was informed of all the facts of this failure to give kosher food, violating the religious beliefs and rights of Plaintiff. Also was involved in the reinstatement of the Kosher Diet to Plaintiff on the 24th of February, 2017. Then his story changes when responding to the Grievances.

The Detainee Grievance Response. Dated 3-3-2017, date of Grievance 2-22-2017, Received 2-23. Under response Scott Vineyard H.S.A. stated false information in the body of the grievance response by stating 1) Arrived on 2/21/2017, showing that the arrival date was clearly 2/14/2017 at 15:00. This has been proven that plaintiff has shown that this is a false statement.

The response further stated "No factual basis was provided in Grievance to support response. There is a medical history", but no medical diet was ever ordered in the history, except for when Plaintiff needed a PM Snack due to low blood sugar levels. Scott Vineyard stated "that based upon information at hand on the 21st, that the medical director ordered a diet for health". The fact that it was stated "Medical Director" not Medical Doctor, who issued the diet on February 21st 2017 at 1420. This diet did not state for a specific health need. There are no comments on this order to state it was for what health or any reason why it was actually needed.

The statement of "your allegations of purposeful denial of a religious diet do not appear to be based on facts" is again false. The First Amendment rights, events that happened on the 16th - 21st (being served kosher meals), and case laws provided above show that it is a guaranteed right to have a Kosher Diet for an Orthodox Jew. Plaintiff was approved for the Kosher Diet because of him being verified as an Orthodox Jew on the 16th day of February, 2017. This Kosher Diet was given for 5 full days, then after being in the in the Aurora Detention Center, the Kosher Diet abruptly stopped. A full week after arrival at the Center. In no place does this response state that plaintiff was on a Kosher Diet prior to the order by Doctor Jeffery Peterson for a DFH Diet. This proven fact that Plaintiff was receiving Kosher Meals is a necessary element of this grievance.

The false statements that Plaintiff never told medical staff about being Jewish or a Kosher Diet is again false. Since Plaintiff was receiving this diet and medical staff were notified upon arrival that Plaintiff would only eat Kosher Food was proven prior, since Plaintiff received assistance form staff to obtain small amounts of Kosher Food before the diet started. All facts show that plaintiff had a Kosher Diet and then was removed by a Medical Order for a DFH Diet.

This Grievance response is more of an attempt to cover up the facts that Plaintiff is Jewish and had Kosher Food and then was denied all access to Kosher Food and Meals by Defendants and this major Anti-Semitic action to withhold Kosher Food.

Again, Plaintiff was the head diet cook at the Fremont Correctional Facility, and he knows for a fact that Any Medical Diet can be Kosher. All medical requirements established for a medical diet will comply with the central tenets of faith for the Jewish People and issue a Kosher Medical Diet. This practice is established by most all governments through the United States for prisoners, offenders, and detainees. The Colorado Department of Corrections practices this established rule. Plaintiff was issued a medical snack showing that the CDOC has in fact complied with the First Amendment and permanent injunction put in place from the lawsuit in Beerheide II, 82 F. Supp. 2d at 1192-93, 1200. CDOC continues to ensure that Medical Diets comply with kosher requirements.

Plaintiff states that he had never refused a Kosher Medical DFH Diet; Plaintiff only refused a non-kosher medical DFH diet.

### PHYSICAL EFFECTS OF BEING REFUSED KOSHER FOOD

Plaintiff states that since having to go 65 hours without eating, that upon the Kosher Meals being reinstated to the date of this filing, Plaintiff has to eat approximately every 3 (three) hours, including throughout the night, due to being woken up with pain and burning at the top of the stomach. All these effects from having to go 65 hours without kosher food.

The pain and burning is located at the top of the stomach area just below the center of the ribcage and is ongoing. The only way to relieve the physical pain and burning is to eat something. Plaintiff is currently eating snacks; food that he has been able to set aside from each meal to ensure that he has something to eat to relieve the pain. This is the same pain stated to medical staff and officers on the last day of the refusal to provide kosher food to the Plaintiff of the 24th of February 2017.

Also he has never had this issue and has only developed this physical pain and burning during the denial of being provided his Kosher Meals. Also Plaintiff does not know if this is for a limited time or a permanent situation for the rest of his life, but the facts show that this is a direct issue from Jeffrey Peterson, The GEO Group, Inc., Aurora Detention Center, Scott Vinyard, Aurora Detention Center Kitchen actions and is ongoing. Plaintiff is now not able to sleep through the night, being woken up with the pain and having to eat, and has now removed his ability to sleep straight through the night.

(Rev. 1/30/07)                                1

2.   ClaimTwo:   During The Passover Holiday Plaintiff was denied the kosher passover food that was approved for the mandatory holiday for Orthodox Jews

Supporting Facts:

Plaintiff is at the Aurora Detention Center and having issues concerning Kosher Food. Food has been withheld or not given. Passover food was not given. Plaintiff was given 3 bottles of grape juice, 3 boxes of matzo, and 3 can of macaroons for the entire Passover period of 8 days and 25 meals.

Plaintiff was approved for Passover and all the food and religious items for Passover, See, Passover approval, when Monday came Plaintiff was given 1 – Box Matzo 18 count,  1 – Bottle of Grape Juice 64oz, and 1 can of Macaroons 16 count, a plastic Seder Plate and 1 Tea Light. The handbook states clearly "When a detainee's religion requires special food services, either daily or during particular periods of religious fasting, praying or holiday celebration; reasonable accommodations will be made to provide meals not religiously prohibited". During Passover all leaven is forbidden of any kind.

When Plaintiff was in medical at 10:32 am, Kevin Martin Programs Manager stated to Plaintiff that "here is the Passover items for your service and get you going" I asked if the food was taken care of. Mr. Martin's response was "Don't worry all is taken care of and that all food was here and ready for you", I stated that if there was any issues with the kosher food for Passover, that everything was in fact different and had to have the "P" next to the certification, let me know and we can substitute items to make this work.

Plaintiff again asked for a Passover Menu and he stated that he did not have it the kitchen did. Plaintiff also stated that lunch meal was a dairy meal and that should I worry about it, Mr. Martin stated he was going to the kitchen after talking to me and will let me know. I haven't seen him since; he has a foot injury and was out. Lunch arrived at 10:47 and there was no Passover meals just regular kosher meal made with leaven and was told it was being worked on.

At Dinner time, approximately 4:43 pm, nothing came that was kosher for Passover food, the kitchen was contacted and Plaintiff was told "The Kitchen was never notified about Passover and that he had to eat what he was given or nothing", "You don't get anything special" (the meal was made with leaven), Plaintiff stated that he was approved, showed the approval and stated this isn't right, the Kitchen response was "to bad, sue us, we don't care". Plaintiff contacted Lt. Gerstin, he met with Plaintiff and we discussed the situation and he agreed that this was a problem, he told the escorting officer to get Plaintiff some fruit, and that was given, 2 – apples, and 2 – oranges. That was the only food given.

11th April, approximately 5:03 am. Breakfast arrived and nothing was for Passover, the same for lunch at approximately 10:29 am, and then at approximately  4:41 pm dinner arrived and again nothing was provided. The First and Second Seder Services could not be held either. Again I complained and was told to grieve it, and I did. Still no resolution.

(Rev. 1/30/07)                          1

12th April 2017, Breakfast arrived at approximately 5:32 am, nothing for Passover provided. Lunch arrived at approximately 10:32 am, again nothing for Passover; Only eating Matzo, Macroons, and Grape Juice.

At 12:09 after lunch meal was completed and I asked questions, Officer Shook arrived with 1 – Bottle of Grape Juice and 1 – Box Matzo 18 count. I explained all that was going on and she understood and tried to assist. Plaintiff handed her an improvised list of Kosher For Passover Food Items and the amounts to have for the rest of Passover, this balanced out the Proteins, Calories, and Nutrients needed. This could have been obtained at King Soopers or East Side Kosher Deli.

Dinner arrived at approximately 4:39 and nothing for Passover. Shift change came and Lt. Gerstin came in to sign the log. He stated" When I started my shift I was notified about the situation and they are working on it".

13th April, at approximately 5:29 am breakfast arrived and there was nothing again, same with lunch and dinner, no one came and told me anything and no one knows anything.

Lt. Blatnic came in on the evening shift and stated he was trying to find out what happened. He came back and stated that the Kitchen had no idea of what was going on, the kitchen doesn't know anything about it. This is after they have been asked and questioned several times prior, but now they know nothing and this is all new to them. While Lt. Blatnic was trying to find out what was going on, Officer Shook came and stated that she had gotten off the phone with Kevin Martin and that he told her "the kitchen knew all about it and told him that they had the Passover food for the week for Mr. Haines." I notified Lt. Blatnic of what was said.

14th April 2017, breakfast came and went, no Passover food. Energy levels are down and feeling run down and can't sleep well.

At approximately 8:09 am, Officer Shook arrived to talk with me and she stated that she had been approved for 1 – Bottle of Grape Juice, 1 – Box Matzo 18 count, and 1- can of macaroons. No other Passover food was approved by Programs Manager Kevin Martin, the Food Service Manager John McGah was informed and he stated he couldn't get anything for Mr. Haines, and that I was going to have to continue with what I have been eating.

This Passover has been a true test of my faith and I am standing firm on only consuming only Passover kosher food, going to endure through it all, feeling that I will not violate this promise I made to G-d to keep kosher and not consume anything non-kosher. Tuesday is just a few days away.

15th April 2017 Breakfast arrived at approximately 5:19 am, no Passover food, Lunch arrived at 10:37 am again noting was sent for Passover. At 12:17, I spoke to Lt. Blatnic; he was surprised that I was only given more Matzo, grape juice, and macaroons. He expected that I would be given fruit and vegetables at least. He did state that the kitchen told him they had nothing for me. I told him that I had fallen 5 times so far, but doing ok right then. I asked of I could get some milk. He said he would try.

15th April 2017 4:17 pm, Lt. Blatnic arrived with 2 milks for my dinner. Dinner meal arrived at 4:40 pm and nothing else for me to eat for Passover.

16th and 17th April, all meals came and went with no Kosher Passover Meal food. Passover s completed and I was able to eat a fish dinner at 8:30 pm.

As of the 19th day of April the grievance came answered. Kevin Martin Programs Manager clearly states that the Kitchen was the one that refused to supply the Passover Food. Also without a proper Passover Menu Kevin Martin Programs Manager did not know what amount of the items he did supply, the lack of the proper amount made the Plaintiff malnourished and is recovering from that situation as of the date of this Petition.

3.   ClaimThree:   The GEO Group, Inc., Auora Detention Center, Aurora Detention Center Kitchen are shorting the kosher meals and are refusing to provide the correct amount of food when the meals are not correct as per menu.

Supporting Facts:

Plaintiff states that the ongoing aspects of refusing to provide Correct amount of Kosher Food, when Items are shorted and the Kitchen refuse to correct the meals.

On the 29th of May, 2017, the Kitchen failed to provide the Plaintiff a full kosher meal, this meal was lacking the required items as per the Facility menu.

Plaintiff documented the entire night from when the complaint for incident as follows:

At 5:10 it was discovered that the kosher dinner was missing a portion of the meal, the meal called for fruit, drink mix, butter, and a fish dinner, what was sent was fruit, drink mix, bread, butter, and a pack of tuna. The dinner called for 4oz of fish, tomato sauce, rice, lima beans, and tarter sauce. The tuna was 5 ox and 2 packs of salad dressing was given instead of the dinner.

At 5:25 "Approximately", Lt. Teixeira was contacted as well as food service the officer stated the issue, John McGah the Kitchen Manager stated he sent a "TV Dinner, bread, orange, butter" to Lt. Teixeira on the radio (Recorded Conversation)/ The Pod Cameras "2 of them" show clearly there is not a dinner, but 3 sl bread on top of the styro container.

At 6:54 pm is when I wrote this note, still waiting for Lt. Teixeira to arrive. Also on the Radio Conversation John McGah the Kitchen Manger states when asked about the kosher trays that "Haines is the only one" who receives kosher meals.

At 7:37 pm. No Lt. has arrived and the issue has not been resolved. It is interesting that when a regular meal is missing any items that it is replaced within minutes, Ramadan meals are complete and if missing, it is corrected on the spot. When it comes to the kosher meal, nothing is taken care of or resolved in a timely manner. The kitchen staff lie about what is sent on paperwork and in communications.

At 7:54 pm. Kitchen was contacted about the meal and the Kitchen Manager John McGah stated to "Grieve it" Refusing to correct the problem. Stated over the Radio.

At approximately 8:12 Lt. Teixeira came, agreed with me and called to resolve the issue.

8:19 pm. The dinner for the meal came after Lt. Teixeira contacted John McGah Kitchen Manager and had the meal corrected, the Fish Dinner was brought to Plaintiff with an apology, it was in stock all the time.

(Note) on Wednesday 24th May, 2017. The menu called for a kosher Chicken Chow Mein Dinner, a entrée was sent in place. The calories were 270 for the entrée, the dinner called for 634

calories. This is a constant issue with the substitutions for dinners. The meals are shorted calories for each day when this happens. Sent a kite on the stuffed cabbage issue, had a response to it, but nothing changes the next stuffed cabbage meal a entrée was sent instead of a dinner. Kitchen Manager John McGah agreed with the issues, but never sent anything to supplement this missing items.

1st day of June, 2017, Dinner meal called for a "Dinner Tray" a substitute "Entrée" was sent instead. The Following breakdown shows the calorie and protein counts and what was removed for the Plaintiff's dinner meal:

| Dinner Tray | Calories | Protein |
|---|---|---|
| Soy Protein Concentrate | 371.952 | 72.156g |
| Beans, Kidney | 126.014 | 8.603g |
| Tomatoes, Crushed | 27.216 | 1.395g |
| Onions | 11.340 | .312g |
| Seasoning mix | 7.556 | .244g |
| Rice | 122.045 | 2.887g |
| Vegetables | 55.565 | 2.937g |
| Totals | 721.688 | 88.534g |

| Entrée Tray | Calories | Protein |
|---|---|---|
| Beef & Textured Soy Protein | 300.000 | 39.000g |
| Totals | 300.000 | 39.000g |

Lacking Calories 421.688
Lacking Protein   49.534

This shows a substantial amount of Calories and Protein is removed for the kosher diet and not replaced. This practice in reducing the amount of food when substitutions occur. Withholding these calories and proteins is a common occurrence.

On the 6th of June, 2017, the Kitchen failed to provide the Plaintiff a full kosher meal, this meal was lacking the required items as per the Facility menu. The breakdown of the menu and the actual items for the meal.

6th day of June, 2017, Dinner meal called for a "Dinner Tray" a substitute "Entrée" was sent instead. The Following breakdown shows the calorie and protein counts and what was removed for the Plaintiff's dinner meal:

| Dinner Tray | Calories | Protein |
|---|---|---|
| Cabbage | 13.041 | 0.720g |
| Soy Protein Concentrate | 557.928 | 108.235g |
| Sauce | 13.608 | 0.170g |
| Parsley Potatoes | 126.042 | 1.875g |
| Vegetables | 55.565 | 2.937g |

(Rev. 1/30/07)                                    1

| Totals | 746.184 | 112.062g |
|---|---|---|

| Entrée Tray | Calories | Protein |
|---|---|---|
| Vegetarian Stuffed Cabbage | 280.000 | 22.000g |
| Totals | 280.000 | 22.000g |

(See Exhibit   for the entire label contents and breakdown)

Lacking Calories 466.184
Lacking Protein   90.062

At 5:10 it was discovered that the kosher dinner was missing a portion of the meal, the meal called for fruit, drink mix, butter, and a stuffed cabbage dinner, what was sent was fruit, drink mix, bread, butter, and a stuffed cabbage entrée. The dinner called for Vegetarian Stuffed Cabbage, Parsley Potatoes, Mixed Vegetables. The entrée was Stuffed Cabbage in sauce and was given instead of the dinner.

At 5:11 "Approximately",Lt. Gerstin came in and it was shown to him and he told the officer in charge of the pod to contacted the food service, the officer stated the issue, the Kitchen stated he sent a "TV Dinner, bread, orange, butter" to the officer on the radio (Recorded Conversation)/ The Pod Cameras "2 of them" show clearly there is not a dinner.

At 5:45, still waiting for the dinner to arrive. Also on the Radio Conversation the Kitchen stated when asked about the kosher trays that the entrée was not his problem and that is all he gets.

Plaintiff has filed a Grievance on this issue as he was told to by the Kitchen.

This is not the first incident with this stuffed cabbage meal, a kite answered by John McGah Kitchen manager shows the exact situation, the response states it will be corrected and kitchen staff would be told, but still this continues.

The missing and substituted items continues continously. The fact that Plaintiff is in the Detention Center and Staff believe that they can write anything in a response to a kite or grievance and put anything they would like, including false statements, and they will be believed over any Detainee. This practice is ongoing in this facility. Plaintiff has proven this claim within this lawsuit, under the facts that the Kitchen Manager John McGah stated one thing in a grievance but within a month his response was proven incorrect and a false statement by Plaintiff, including the kite on this dinner incident.

Plaintiff is also asking this Honorable Court to Subpoena the Radio Recordings from the Aurora Detention Center for A-4 Pod Camera of the 6th day of June, 2017 from 5:00pm to 6:00pm to support all claims of the misrepresentation of the actual items on the tray that was claimed to be sent and what was sent.

Plaintiff has filed a Grievance on this issue on the 6th of June, 2017, as he was told to by

the Kitchen, and the Lt. and the response to the Grievance.

"Mr. Haines, thank you for your feedback and concerns about your meals. I have instructed my staff that anytime you receive the smaller, just entrée meals that you receive an extra piece of fruit and two packets of peanut butter to help supplement the other items not in the smaller sized items. I know that I would never tell you salad as a replacement, being that the salad we have here is not kosher and would jeopardize your religious beliefs. As far as the substitutions you are receiving entrée for entrée. My apologies for any inconvenience this may have caused you and I am working with my staff to ensure you are getting the required meals you are entitled to"

This response was signed and dated the 8th day of June 2017. Plaintiff received this response on the 9th day of June, 2017. This response has specifically conceded to all the claims and aspects of this Lawsuit. The fact that it has been declared by the Kitchen Manager, John McGah, that all these Kosher issues are in fact Religious by the statement "being that the salad we have here is not kosher and would jeopardize your religious beliefs". This declaration specifically states that this falls under the First Amendment Right of a Religious Belief of a Kosher Diet and Food Items to be supplied by the Defendants.

The next aspect that is in the Grievance Response that Kosher Food was lacking being complete, is essence stating that food was intentionally withheld for the Plaintiff with the statement of "I have instructed my staff that anytime you receive the smaller, just entrée meals that you receive an extra piece of fruit and two packets of peanut butter to help supplement the other items not in the smaller sized items". Showing that there was items missing as claimed by Plaintiff, but this was rejected by the Kitchen Manager in Other grievances, as well as the information provided throughout this action.

Another fact within this Grievance Response was that the Kitchen Manager stated "I know that I would never tell you salad as a replacement, being that the salad we have here is not kosher and would jeopardize your religious beliefs", but in fact he did state that very thing by writing "I will instruct my staff to add a salad" in a kite sent to the Plaintiff, thus proving the statement that Plaintiff said prior that the staff can state anything that they want to and that it will be believed over the Detainee.

"The missing and substituted items continues continously. Except that Plaintiff documented all this issues, claims, facts, and excuses to preserve the exact facts for his protection, as well as to prove that this Bivens claims factual and correct. And the Civil Rights Violation claim is viable and should be granted.

On the 26th June, Plaintiff again was shorted Kosher Food Items on his Dinner meal that was corrected by adding 2oz Peanut Butter and a second piece of fruit as per the resolution, after an hour of having to provide the kitchen proof of the claim. Plaintiff has to go without the full 3 meals a day as stated in the GEO, Aurora Detention Center Handbook.

(Rev. 1/30/07)                                        1

27th day of June, 2017, Plaintiff noticed that the meal was an entrée and opened the tray up in front of Dorm Officer Aragon showing that there was not any Peanut Butter or the second piece of fruit. The Kitchen lady stated that "I put 1 pack of peanut butter on the tray myself and that is all they get". Dorm Officer Aragon stated the tray was opened in front of him and there was not any peanut butter and lacking the second piece of fruit. The kitchen lady sent non-kosher canned fruit with the comment of "that is it", showing the need for this kitchen to be trained in what Kosher is and how to prepare a meal. Lt. Gerstin was asked for and nothing was ever done and Plaintiff went without again.

The Dinner meal called for a "Dinner Tray" a substitute "Entrée" was sent instead. The Following breakdown shows the calorie and protein counts and what was removed for the Plaintiff's dinner meal:

| Dinner Tray | Calories | Protein |
|---|---|---|
| Soy Protein Concentrate | 371.952 | 72.156g |
| Beans, Kidney | 126.014 | 8.603g |
| Tomatoes, Crushed | 27.216 | 1.395g |
| Onions | 11.340 | .312g |
| Seasoning mix | 7.556 | .244g |
| Rice | 122.045 | 2.887g |
| Vegetables | 55.565 | 2.937g |
| Totals | 721.688 | 88.534g |

| Entrée Tray | Calories | Protein |
|---|---|---|
| Stuffed Shells | 310.000 | 13.000g |
| Totals | 310.000 | 13.000g |

Lacking Calories 410.688
Lacking Protein  75.534

As shown there was an entrée of Stuffed Shells instead of the Dinner meal of Vegetarian Chili. As part of a resolution to a Grievance filed there was to be a supplement to the entrée meal and was not.

Plaintiff is also asking this Honorable Court to Subpoena the Radio Recordings from the Aurora Detention Center for A-4 Pod Camera of the 27th day of June, 2017 from 5:00pm to 8:20pm to support all claims of the misrepresentation of the actual items on the tray that was claimed to be sent and what was sent.

Here again this shows a substantial amount of Calories and Protein is removed for the kosher diet and not replaced. This practice is reducing the amount of food when substitutions occur. Withholding these calories and proteins is a common occurrence. But in the Grievance Response it is stated by John McGah,

"Mr. Haines, thank you for your feedback and concerns about your meals. I have

Instructed my staff that anytime you receive the smaller, just entrée meals that you receive an extra piece of fruit and two packets of peanut butter to help supplement the other items not in the smaller sized items. I know that I would never tell you salad as a replacement, being that the salad we have here is not kosher and would jeopardize your religious beliefs. As far as the substitutions you are receiving entrée for entrée. My apologies for any inconvenience this may have caused you and I am working with my staff to ensure you are getting the required meals you are entitled to"

Further there has been numerous meals that have either been not given, missing items, and items that have not been corrected and non-kosher as documented as follows:

1) February 17 – Dinner – Chicken Primavera, 3 sl. bread, butter, fruit Lacking Calories and is not per menu to meet my special diabetic diet to minimize
2) February 18 – Dinner – Chicken Chow Mein Entrée, Lacking Calories and not menu.
3) February 19 – Lunch – Cheese Raviolis Entrée, Lacking Calories and not per menu.
4) February 21 – Lunch – Chicken Primavera, (Mashed Potatoes and Gravy, Vegetables Main Line Food not kosher, refused to correct or replace).
5) February 22 – Breakfast – Refused to provide Kosher Food.
6) February 22 – Lunch – Refused to provide Kosher Food.
7) February 22 – Dinner – Refused to provide Kosher Food.
8) February 23 – Breakfast – Refused to provide Kosher Food.
9) February 23 – Lunch - Refused to provide Kosher Food.
10) February 23 – Dinner - Refused to provide Kosher Food.
11) February 24 – Breakfast - Refused to provide Kosher Food.
12) February 24 – Lunch – Kosher Entrée, Mashed Potatoes
13) February 24 – Dinner – Kabob Meal, (Mashed Potatoes and Gravy main line food Not kosher, refused to correct or replace).
14) February 25 – Lunch – Sabbath (Can not cook) Bone in Chicken entrée (Salad, Carrots main line food not kosher, refused to correct or replace).
15) February 25 – Dinner – Chicken Primavera, 3 sl bread, butter, orange, not enough food items, lacking carbs and nutrients.
16) February 26 – Lunch – Bone in Chicken Entrée, (Salad and Mixed Vegetables main line food items not kosher, refused to correct or replace).
17) February 26 – Dinner – Bone in Chicken Entrée, (Mashed Potatoes and Gravy, salad and vegetables, main line food, refused to correct or replace)
18) February 27 – Lunch – Entrée Gefeltifish, (Carrots and Sliced Potatoes, Ranch Dressing made from pork fat, main line food, not kosher, refused to replace or correct).
19) February 27 – Dinner – Beef Goulash Entrée, (Salad and Carrots main line not Kosher, refused to replace).
20) February 28 – Lunch – Bone in Chicken, (Salad and Vegetables, main line food not kosher items, refused to replace).
21) February 28 – Dinner – Beef Entrée w/kugle, (Mashed Potatoes and Gravy, Salad, main line food not kosher, refused to replace).

22) March 1 – Lunch – Chicken Patty, Mashed Potatoes, Gravy, Vegetables, Salad, not kosher and refused to replace.

23) March 2 – Lunch – Missing 1oz Peanut Butter, Potato Chips, (Salad and mixed vegetables, not kosher refused to correct).

24) March 3 – Breakfast – No Jelly, Butter, or spork

25) March 5 – Dinner – Spinach Omelet Entree, 3sl Bread, Butter, 1 piece fruit, not complete meal, lacking items, calories and nutrients, Refused to correct).

26) March 6 – Lunch – No Potato Chips and 3 sl bread, Refused to correct)

27) March 7 – Dinner – Bone in Chicken Entrée, 3 sl bread, butter, fruit, lacking food, Kitchen refused to correct.

28) March 8 – Breakfast – No Fruit, refused to correct.

29) March 10 – Diner – No Fruit, 2 sl bread, Kitchen will not correct.

30) March 11 – Lunch – Missing 2 pks Peanut Butter (had only 2oz) 2 sl bread, no fruit.

31) March 12 – Breakfast – Missing Cream of Wheat, 3sl bread, refused to correct.

32) March 13 – Breakfast – No Fruit or Jelly.

33) March 16 – Lunch – No Vegetable Juice.

34) March 18 – Dinner – Missing 1oz Peanut Butter, 1 slice bread, No Vegetable Juice.

35) March 19 – Lunch – No Milk.

36) March 21 – Lunch – No Vegetable Juice.

37) March 23 – Dinner – Entrée, so supplement food items, refused to correct.

38) March 26 – Lunch – No Milk.

39) March 28 – Lunch – No Vegetable Juice.

40) March 30 – Lunch – Missing 1oz Peanut Butter, 1 sl bread, Vegetable juice.

41) April 1 – Lunch – Missing 1 sl bread, condiments, drink mix

42) April 2 – Lunch – Missing 1 Milk, Cream of Wheat, 1 sl bread.

43) April 3 – Lunch – Missing Vegetable Juice, Potato Chips, 1sl bread.

44) April 6 – Dinner – Stuffed Cabbage Entrée, no supporting food, refused to supply.

45) April 10 – Lunch – Passover, No Food Given, Refused

46) April 10 – Dinner – Passover, No Food Given, Refused

47) April 10 – Seder Service – Passover No Food Given, Refused

48) April 11 – Breakfast – Passover, No Food Given, Refused

49) April 11 – Lunch – Passover, No Food Given Refused

50) April 11 – Dinner – Passover, No Food Given Refused

51) April 11 – Seder Service – Passover, No Food Given Refused

52) April 12 – Breakfast – Passover, No Food Given, Refused

53) April 12 – Lunch – Passover, No Food Given Refused

54) April 12 – Dinner – Passover, No Food Given Refused

55) April 13 – Breakfast – Passover, No Food Given, Refused

56) April 13 – Lunch – Passover, No Food Given Refused

57) April 13 – Dinner – Passover, No Food Given Refused

58) April 14 – Breakfast – Passover, No Food Given, Refused

59) April 14 – Lunch – Passover, No Food Given Refused

60) April 14 – Dinner – Passover, No Food Given Refused

61) April 15 – Breakfast – Passover, No Food Given, Refused

62) April 15 – Lunch – Passover, No Food Given Refused

63) April 15 – Dinner – Passover, No Food Given Refused
64) April 16 – Breakfast – Passover, No Food Given, Refused
65) April 16 – Lunch – Passover, No Food Given Refused
66) April 16 – Dinner – Passover, No Food Given Refused
67) April 17 – Breakfast – Passover, No Food Given, Refused
68) April 17 – Lunch – Passover, No Food Given Refused
69) April 17 – Dinner – Passover, No Food Given Refused
70) April 20 – Dinner – Entrée with no supporting food items
71) April 22 – Lunch – Missing 2oz Peanut Butter
72) April 23 – Lunch – Missing 2 Milks
73) April 25 – Lunch – Missing Vegetable juice, 1oz Peanut Butter, 1 sl bread
74) April 27 – Lunch – Missing 1oz Peanut Butter, 1 sl bread
75) April 29 – Lunch – Missing Vegetable Juice
76) April 29 – Dinner – Missing 1oz Peanut Butter, Vegetable Juice
77) April 30 – Lunch – Missing 2 Milks
78) April 30 – Dinner – Missing Fruit
79) May 1 – Breakfast – No Jelly
80) May 1 – Lunch – Missing Potato Chips, Condiments, 1 sl bread
81) May 2 – Lunch – Missing 1oz Peanut Butter, 1 sl bread, 4 Jelly Packs
82) May 2 – Dinner – Stuffed Cabbage Entrée not Full Dinner without supporting food
83) May 4 – Breakfast – Missing Butter, Jelly, Sugar, Spork
84) May 4 – Dinner – No Fruit
85) May 5 – Lunch – Missing Drink Mix, 2 sl bread
86) May 6 – Breakfast – Missing Butter, Jelly
87) May 6 – Lunch – Missing 1 sl bread, 1oz Peanut Butter
88) May 6 – Dinner – Missing Vegetable Juice
89) May 7 – Lunch – Missing Milk
90) May 8 – Breakfast – Missing Jelly, Sugar
91) May 8 – Lunch – Missing Potato Chips
92) May 9 – Breakfast – Missing Oats
93) May 10 – Lunch – Missing 1oz Peanut Butter, 1 sl bread
94) May 10 – Dinner – Chicken Cow Mein Entrée not Dinner; No supplements
95) May 12 – Breakfast – Missing Jelly, Butter
96) May 13 – Lunch – Missing 1oz Peanut Butter, 1 sl Bread
97) May 14 – Lunch – Missing 1 Milk
98) May 14 – Dinner – Missing 2 sl bread, Fruit
99) May 15 – Breakfast – Missing Butter, Jelly
100) May 15 – Lunch – Entrée instead of Dinner, No Supplements
101) May 16 – Lunch – Missing 1oz Peanut Butter
102) May 17 – Breakfast – Missing Sugar
103) May 17 – Dinner – Entrée No Donner, No Supplements
104) May 18 – Breakfast – Missing Omelet, Just 1 packet of Oats
105) May 19 – Dinner – No Dinner, Stuffed Cabbage Entrée, No Supplements
106) May 20 – Lunch – Missing 1 Peanut Butter
107) May 22 – Lunch – Chicken Entrée No Dinner, No Supplements

108) May 24 – Lunch – Chicken Primavera Entrée No Dinner, No Supplements
109) May 25 – Lunch – Cheese Ravioli Entrée No Dinner, No Supplements
110) May 27 – Lunch – Missing 2oz Peanut Butter, 1 sl bread, Vegetable Juice
111) May 28 – Breakfast – Missing Omelet, 1pk cereal only
112) May 28 – Lunch – Missing Omelet, had cereal and cream of wheat
113) May 29 – Lunch – Missing 1oz Peanut Butter, 1 sl bread, Vegetable Juice
114) May 30 – Lunch – No Dinner Entrée with No Supplements
115) May 31 – Lunch – Missing 1oz Peanut Butter, 1sl Bread
116) May 31 – Dinner – No Dinner Entrée, No Supplements
117) June 1 – Dinner – Missing 1 sl bread, Drink Mix, Fruit
118) June 2 – Lunch – Missing 1 sl bread, Drink Mix, Butter
119) June 3 – Dinner – Missing Potato Chips, Vegetable Juice
120) June 4 – Dinner – Missing Drink Mix, Butter, Spork
121) June 6 – Lunch – Missing Potato Chips, 1 sl bread, Vegetable Juice
122) June 6 – Dinner – Stuffed Cabbage Entrée No Dinner, No Supplements
123) June 8 – Lunch – No Dinner Entrée, Missing 1oz Peanut Butter, 1 piece Fruit
124) June 8 – Dinner – No Dinner Entrée, Missing 2oz Peanut Butter
125) June 11 – Lunch – No Omelet, 1pk cereal, bread, butter, jelly, sugar only
126) June 12 – Dinner – No Dinner Entrée, Missing 1oz Peanut Butter, 1 piece Fruit
127) June 13 – Dinner – No Dinner Entrée, Missing 1 piece Fruit
128) June 16 – Breakfast – No Omelet, Just 1 pk of Oatmeal
129) June 17 – Lunch – Missing Tuna, Vegetable Juice
130) June 18 – Lunch – Missing Cream of Wheat
131) June 18 – Dinner – No Dinner Entrée, Missing 2oz Peanut Butter
132) June 19 – Breakfast – Missing Grits
133) June 20 – Breakfast – missing Cereal
134) June\20 – Lunch – Missing 4oz Peanut Butter
135) June 21 – Lunch – Missing 2oz Peanut Butter
136) June 21 – Dinner – Missing 1 piece Fruit
137) June 22 – Dinner – No Dinner Entrée, missing 2pks Peanut Butter 1 piece fruit
138) June 24 – Lunch – Missing 4oz Peanut Butter, 1 sl bread, Vegetable Juice
139) June 26 – Lunch – Missing 2 sl bread, Butter, Spork
140) June 27 – Dinner – Missing 1oz Peanut Butter, 1 piece of Fruit
141) June 29 – Dinner – Missing 1oz Peanut Butter
142) July 1 – Dinner – Missing 1sl Bread, 1 Piece of Fruit
143) July 4 – Dinner – Missing 1 piece of Fruit
144) July 11 – Lunch – Missing Vegetable Juice
145) July 15 – Lunch – Missing Vegetable Juice
146) July 15 – Dinner – Missing Vegetable Juice
147) July 18 – Breakfast – Missing 1 Piece Fruit
148) July 18 – Lunch – Missing Vegetable Juice
149) July 21 – Lunch – No Dinner Entrée, Missing 1 piece of fruit
150) July 29 – Dinner – Missing Vegetable Juice, 1 Piece Fruit
151) August 13 – Lunch – No Instant Cereal
152) August 15- Breakfast – No Bread

153) August 16 – Lunch – No Vegetable Juice, Condiments or Drink Mix
154) August 16 – Dinner – No Peanut Butter, no 2nd piece of fruit, Entrée
155) August 17- Lunch - No Peanut Butter, no 2nd piece of fruit, Entrée
156) August 19 – Dinner – No Vegetable Juice
157) August 22 – Lunch – No Vegetable Juice, Missing 1slice bread
158) August 26 – Breakfast – Missing Cereal, Sugar, Jelly
159) August 26 – Lunch – Missing Vegetable Juice
160) August 26 – Dinner – No Vegetable Juice, 1 slice of Bread, 1.75 oz Peanut Butter
161) August 29 – Breakfast – No Bread
162) August 29 – Lunch – No Vegetable Juice
163) September 3 – Lunch – No Vegetable Juice, Refused to Correct
164) September 5 – Lunch – No Fruit, Refused to Correct

This is an ongoing documentation of the issues with the Kosher Meals at the Aurora Detention Center through the 5th of September, 2017.

4.   Claim Four:   Civil Rights Violation of the First Amendment, Freedom of Religion

Supporting Facts:

Plaintiff filed a Prisoners Complaint for a First Amendment Rights Violation. The United States Constitution guarantees that all rights afforded in the constitution will be upheld as a Civil Right. Within the prisoners complaint Plaintiff asserted facts that The GEO Group, Inc., Aurora Detention Center, Aurora Detention Center Kitchen refused Plaintiff Kosher Meals for Passover, and shorted Kosher Food off of the meals. These claims within the complaint (See Claim Two and Three) where John McGah, Aurora Detention Centers Food Service Manager, stated that it "I was at fault for the Passover food." Conceding to the fact that it was the Aurora Detention Center's carelessness and refusal to correct the situation and to provide the proper food.

Claim Two: Passover food was not supplied by the Aurora Detention Center Kitchen and was withheld, this is supported by a MEMORANDUM was issued from the Programs Manager stating that it was the Food Service Department to provide most of the food items. As documented within Claim Two, the Food Service Manager and All Kitchen Staff were notified several times that there was a need for Passover Food. The Kitchen Manager John McGah decided not to obtain those food items at all. Plaintiff was approved for this Passover Holiday and all Food Items on March, 2017.

Again Plaintiff asserts that Food Service Manager John McGah clearly stated he did not Provide Passover Food so, even after asked by staff members. Plaintiff states that a MEMORANDUM was issued to all departments concerning Passover Holiday prior to the Holiday Being Started. Aurora Detention Center's handbook page 13 clearly states that Holiday Food Will be provided.

Claim Three proves that there has been shortages on the kosher meal making Plaintiff go without the proper nutrients and calories numerous times. These items not being given, but statements of "I have instructed my staff that anytime you receive the smaller, just entrée meals that you receive an extra piece of fruit and two packets of peanut butter to help supplement the other items not in the smaller sized items", are told without food being added. Again John McGah is conceding to the fact that the meals were in fact being shorted, since John McGah has stated several times in other kites that he will instruct staff to add items

Plaintiff states that GEO Group, Aurora Detention Center' handbook specifically states that all Detainees will be provided with 3 complete meals a day. Plaintiff has proven that Plaintiff was served less than that many times

Plaintiff is seeking damages in the amount of $560,500.00 (Five Hundred Sixty Thousand Five Hundred Dollars) United States Currency. $300,000.00 (Three Hundred Thousand Dollars) for no Passover Kosher Food for the 8 days, $2,500.00 per meal for the 25 meals not given, totalling $62,500.00 (Sixty Two Thousand Five Hundred Dollars), and $1,500.00 for the 132 meals missing items from February 17th - 21st, February 24th - April 6th, April 20th - September 5th, 2017, totalling

$198,000.00 (One Hundred Ninty Eight Thousand Dollars), all violations of the First Amendment Right to Freedom of Religion, Mental, Physical, and Emotional damages for all that has been proven within Claim Two and Claim Three of the Prisoners Complaint filed and served upon Defendants.

These violations of the First Amendment right of not following the central tenets of the Jewish faith of eating Kosher food, the emotional aspects of having to starve to ensure that Plaintiff's beliefs and promise to G-d was kept.

From Passover the aggravation of the physical effects of pain, stomach cramping, burning sensation, and pain that was located in the stomach for lack of kosher food, the issue of having to eat approximately every 3 (three) hours to remove any the pain and burning sensation in the upper stomach area at the center below the ribcage, with the unknown aspect if this is temporary or permanent.

The Constitution of the United States of America, First Amendment, clearly establishes the right for freedom of religion; this includes the religious practice of consuming religious kosher food. The constant violation of the Guaranteed Right by Defendants has caused damages and compensation must be provided.

It has been proven there has been a constant violation of the First Amendment Rights, A Protected Civil Right under the United States Constitution, and that this Religious Right should not be violated. The Documentation used throughout this Prisoners Complaint are in fact policy of the GEO Group, Inc. and the complete and constant violations by Defendants at the Aurora Detention Center need to be held accountable for the pain and suffering they caused to the Plaintiff.

Fact, Kitchen Manager, John McGah, specifically stated in the grievances that it was his fault, clearly proves that this Civil Rights Claim is ripe for filing in this Court and this Prisoners Complaint as an amended Claim Four Civil Rights Violation.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ☐Yes ☒No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The additional pages regarding previous lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?

   ☒ Yes ☐No (CHECK ONE).

2. Did you exhaust available administrative remedies? ☒Yes ☐No (CHECK ONE).

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extrapaper.  The additional pages regarding relief should be labeled "G. REQUEST FOR RELIEF."

Defendants are given a permanent injunction to change policy that violates Orthodox Jewish Constitutional Rights and be given Kosher Meals upon approval, and any Kosher Medical Diets Medical be given that comply with Kosher Laws for all Jewish Detainees.

Plaintiff has suffered malnutrition during this Passover and has aggravated the stomach issue for the first incident. This constant aspect of denying kosher food has to be resolved.

Claim One: For the removal of all kosher food, the civil rights damages be awarded in the amount of $117,500.00 against Jeffrey Peterson

Claim One: For the removal of all kosher food, the civil rights damages be awarded in the amount of $117,500.00 against The GEO Group, inc., Scott Vinyard, Aurora Detention Center, Aurora Detention Center Kitchen.

Claim Four: Plaintiff is awarded $560,500.00 (Five Hundred Sixty Thousand Five Hundred Dollars) against The GEO Group, Inc., Aurora Detention Center, Aurora Detention Center Kitchen for the actions presented in Claim Two and Claim Three;

Claim Two: Passover, Plaintiff was forced to live on 5 Matzo Crackers, 22oz Grape Juice, and 7 Macaroons each day for the entire 8 day period, Plaintiff was malnourished during the Passover Period and was living on limited amount of food, due to John McGah refused to obtain kosher passover food items that were available at any kosher food location, Example: King Soopers, East Side Kosher Deli.

Claim Three: For the 132 meals that were missing items of the kosher meal and the refusal to be corrected.

And for the named Defendants knowingly withholding kosher food from Plaintiff during these periods in Claim Two and Three against the Protected Civil Rights under the United States Constitution First Amendment Freedom of Religion and the right to pursue my Jewish beliefs and way of life.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I amthe plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. §1746; 18 U.S.C. § 1621.

Executed on  10th day of October, 2017 (date)

(Prisoner's Original Signature)

# CERTIFICATE OF SERVICE

Plaintiff, Christopher Haines does hereby certify that he has sent to the parties listed below a true and complete copy of the AMEND by placing it in the United States Postal Service Postage Prepaid, on this 10th day of October, 2017.

Vaughn & De Muro
111 South Tejon Street, Suite 545
Colorado Springs, Colorado 80903

Hall & Evans LLC
Andrew Ringel
1001 17th Street, Suite 300
Denver, Colorado 80202

Signed and Dated this 10th day of October, 2017

Christopher Haines
Pro se Plaintiff



US POSTAGE

017H15548595
$0.910
10/11/2017
Mailed From 80010

Christopher Haines
A17878141~A-3
Aurora Detention Center
3130 North Oakland Street
Aurora, Colorado 80010

DETAINEE MAIL

United States District Court
Alfred A. Arraj Courthouse
1:17-cv-01086-WJM-STV
901 19th Street, Room A105
Denver, Colorado 80294-3589